Form 3A
(10/05)

# United States Bankruptcy Court

_______________ District Of Illinois

In re Alfredo Correa,
Debtor

Case No. 08-13509

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__________ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

$ 68.50 Check one ☐ With the filing of the petition, or ☐ On or before 6-28-08

$ 68.50 on or before 7-28-08

$ 68.50 on or before 8-28-08

$ 68.50 on or before 9-28-08

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

________________________ Signature of Attorney Date

________________________ Name of Attorney

Alfredo Correa 5-28-08
Signature of Debtor Date
(In a joint case, both spouses must sign.)

________________________ Signature of Joint Debtor (if any) Date

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 28 2008
KENNETH S. GARDNER, CLERK
PS REP. - AI

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
______ District Of Illinois

In re Alfredo Correa,
Debtor

Case No. 08-13509

Chapter ______

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ ______ Check one ☐ With the filing of the petition, or ☐ On or before ______

$ ______ on or before ______

$ ______ on or before ______

$ ______ on or before ______

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 5-28-08

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court
Kenneth S. Gardner, Clerk of the Court